**E-FILED on** 1/22/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSALINDA PONCE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | No. C-06-03543 RMW<br><br>JUDGMENT |

    The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendant Commissioner and against Plaintiff Rosalinda Ponce and that Plaintiff take nothing by way of her complaint.

DATED:    1/21/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-06-03543 RMW
ter

**Notice of this document has been electronicallyسsent to:**

**Counsel for Plaintiffs:**

James Hunt Miller        jim_miller0@yahoo.com

Angelina Valle           angelina@valle-law.com

**Counsel for Defendants:**

Shea Lita Bond           shea.bond@ssa.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 1/22/10                          TER
                                                               **Chambers of Judge Whyte**